IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 23  PM 4: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

SHEILA M. TAYLOR,

     Plaintiff,

v.                                                    Civil Action No. 04-2212 BV

UNION PLANTERS BANK,

     Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

     BEFORE THE COURT is the joint request of Plaintiff, Sheila M. Taylor, and Defendant, Union Planters Bank, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and other applicable provisions of law, that the Court dismiss this civil action with prejudice, which dismissal will dispose of all claims by all parties herein.

     THE COURT FINDS that the request is well taken, and it is hereby ORDERED that this civil action is dismissed with prejudice.

     It is further ORDERED that each party will bear its own attorney's fees and litigation expenses.

     SO ORDERED this the 23rd day of June, 2005.

J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05

APPROVED FOR ENTRY:


JOHN MARSHALL JONES
Tennessee Disciplinary No. 13289

Attorney for Plaintiff Sheila M. Taylor

BOURLAND, HEFLIN, ALVAREZ & MINOR, PLC
5400 Poplar Avenue, Suite 100
Memphis, TN  38119
(901) 683-3526


KIM KORATSKY
Tennessee Disciplinary No. 20163

Attorney for Defendant Union Planters Bank

WYATT, TARRANT & COMBS, LLP
1715 Aaron Brenner Drive, Suite 800
Memphis, TN  38120
(901) 537-1000

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02212 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Sheila M. Taylor
1542 Carnegie St
Memphis, TN 38106

Kim Koratsky
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
P.O. Box 775000
Memphis, TN 38177--500

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste 800
P.O. Box 775000
Memphis, TN 38177--500

Honorable J. Breen
US DISTRICT COURT