UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -1 AM 7:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHEILA M. TAYLOR, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| UNION PLANTERS BANK, | CASE NO: 04-2212-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulated Order Of Dismissal With Prejudice entered on June 24, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/30/05
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-5-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02212 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Kim Koratsky
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
P.O. Box 775000
Memphis, TN 38177--500

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste 800
P.O. Box 775000
Memphis, TN 38177--500

Sheila M. Taylor
1542 Carnegie St
Memphis, TN 38106

Honorable J. Breen
US DISTRICT COURT